CARLTON *v.* MOULTRIE BANKING COMPANY; *et vice versa.*

PER CURIAM. The evidence authorized the verdict. None of the grounds of the motion for new trial show cause for reversal.

*Judgment affirmed on the main bill of exceptions; cross-bill dismissed. All the Justices concur, except Russell, C. J., and Gilbert, J., who dissent.*

Nos. 8456, 8457. FEBRUARY 27, 1932.

*Clifford E. Hay,* for Carlton.
*W. G. Martin* and *J. J. Hill,* contra.